CHARLES T. WRIGHT, ESQ.
Nevada Bar No. 10285
PIET & WRIGHT
3130 S. Rainbow Blvd., Ste. 304
Las Vegas, Nevada 89146
*Attorney for Debtor*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>HYLANDER, PATRICIA A.<br><br>Debtor, | CASE NO.: BK-S 09-10677 LBR<br>IN CHAPTER 11 PROCEEDINGS<br><br>**MOTION FOR ORDER SHORTENING TIME ON DEBTOR'S MOTION TO REIMPOSITION OF STAY AS TO PROPERTY OF THE ESTATE**<br><br>Hearing Date: OST PENDING<br>Hearing Time: OST PENDING |

COMES NOW, PATRICIA A. HYLANDER (hereafter "Debtor") by and through her attorneys, PIET & WRIGHT, L.L.C., and attorney CHARLES T. WRIGHT, ESEQ., and hereby files this Motion for Order Shortening Time on Debtor's Motion for Reimposition of Stay as to Property of the Estate. As grounds for the Motion for an Order Shortening Time, CHARLES T. WRIGHT, ESQ., of PIET & WRIGHT represents that the stay on Debtor's Real Property located at 8910 Skyline Peak Court, Las Vegas, NV 89148 was lifted on October 22, 2009, and refusal to grant Reimposition of the Stay will result in the irreparable harm to the Debtor.

Attorney Charles T. Wright's Affidavit in Support of Order Shortening Time is attached hereto and advises the Court of the specific details of Debtor's request to have this hearing heard on a shortened time.

1

**DATED** this 8th day of December, 2009.

                Respectfully submitted,

                PIET & WRIGHT

                By: /s/ Charles T. Wright
                    CHARLES T. WRIGHT, ESQ.
                    Nevada Bar No. 10285
                    3130 S. Rainbow Blvd., Ste. 304
                    Las Vegas, Nevada 89146
                    *Attorney for Debtor*

# AFFIDAVIT OF ATTORNEY

STATE OF NEVADA )
) ss:
COUNTY OF CLARK )

CHARLES T. WRIGHT, ESQ., being duly sworn on oath, deposes and stays:

1. I am an attorney duly licensed to practice law in the State of Nevada.

2. I offer this Affidavit under penalty of perjury, and information and belief.

3. Debtor, PATRICIA A. HYLANDER, has expressed her desire to retain the real property located at 8910 Skyline Peak Court, Las Vegas, NV 89148, and plans to file a Disclosure Statement and Plan showing a feasible workout after valuing this and other property in this case.

4. The property was previously not able to be rented however, the property is able to be rented and is currently being rented.

5. Aurora Loan Services holds the first and second mortgage on the subject property. It is the Debtor's intention to "cram down" and "strip off" the mortgages on this property and expects to file the Motions if the Motion to Reimpose Stay is granted.

7. Debtor requires that the Order Granting Aurora Loan Service's Motion for Relief from Automatic Stay be reimposed.

Dated this 9th day of December, 2009.

By: _____
CHARLES T. WRIGHT, ESQ.

SUBSCRIBED and SWORN to before me
This 9th day of December, 2009.

_____
NOTARY PUBLIC in and for said
County and State



TIFFANY PIASTRO
Notary Public-State of Nevada
APPT. NO. 07-3656-1
My App. Expires June 05, 2011

3

CHARLES T. WRIGHT, ESQ.
Nevada Bar No. 10285
PIET & WRIGHT
509 South 7th Street
Las Vegas, Nevada 89101
*Attorney for Debtor*

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| In re: | CASE NO.: BK-S 09-10677 LBR |
|---|---|
| HYLANDER, PATRICIA A. | IN CHAPTER 11 PROCEEDINGS |
| Debtor, | **ATTORNEY INFORMATION SHEET** |
| | Hearing Date: OST PENDING |
| | Hearing Time: OST PENDING |

As required by Court, my office has contacted the parties listed below regarding the attached proposed Order Shortening Time. They agree or disagree to the time being shortened, as indicated below:

| NAME | DATE CONTACTED | AGREE | DISAGREE |
|---|---|---|---|
| August B. Landis | 12/10/09 | X | |

DATED this 10th day of December, 2009.

By: /s/ Charles T. Wright
CHARLES T. WRIGHT, ESQ.
Nevada Bar No. 10285
509 South 7th Street
Las Vegas, Nevada 89101
*Attorney for Debtor*

1